Patrick M. Paulich
Thorsrud Cane & Paulich
1325 Fourth Avenue, Suite 1300
Seattle, WA 98101
206.386.7755

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 10 2007

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| LOCATI FARMS, INC., AMBROSE LOCATI, JR., RRR FARMS, INC., AND TERRY BERGEVIN,<br><br>Plaintiffs,<br><br>v.<br><br>ROYAL INDEMNITY COMPANY, ROYAL & SUNALLIANCE, AMERICAN AND FOREIGN INSURANCE,<br><br>Defendants. | No. CV-06-5042-AAM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**STIPULATION**

All parties hereby stipulate that all claims, however denominated, by and between the parties may be dismissed with prejudice and without costs to any party.

**ORDER**

Based on the foregoing stipulation, it is hereby ORDERED, ADJUDGED and DECREED that all claims, however denominated, by and between the parties are hereby dismissed with prejudice and without cost to any party.

STIPULATION AND ORDER OF DISMISSAL - 1
[Cause No. 06-5042]
\\tcpsbs2003\company\Docs\1\1869\Pld\Stipulation and Order of Dismissal.doc

**THORSRUD CANE & PAULICH**
A PROFESSIONAL SERVICE CORPORATION
1300 PUGET SOUND PLAZA
1325 FOURTH AVENUE
SEATTLE, WA 98101
(206) 386-7755

DONE IN OPEN COURT this 10th day of Jan, 2007.

_____
The Honorable Alan A. McDonald

STIPULATED TO ~~AND PRESENTED~~ BY:

_____
Patrick M. Paulich, WSBA #10951
THORSRUD CANE & PAULICH
1325 Fourth Avenue, Suite 1300
Seattle, WA 98101
Attorneys for Defendants


STIPULATED TO AND
NOTICE OF PRESENTATION WAIVED BY:

_____
David M. Rose, WSBA #32849
MINNICK • HAYNER
249 West Alder
P.O. Box 1757
Walla Walla, WA 99362-0348
Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL - 2
[Cause No. 06-5042]
\\tcpsbs2003\company\Docs\1\1869\Pld\Stipulation and Order of Dismissal.doc

**THORSRUD CANE & PAULICH**
A PROFESSIONAL SERVICE CORPORATION
1300 PUGET SOUND PLAZA
1325 FOURTH AVENUE
SEATTLE, WA 98101
(206) 386-7755

Certificate of Service

I hereby certify that on January 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David M. Rose
Minnick Hayner
249 West Alder
P.O. Box 1757
Walla Walla, WA  99362-0348

/s/
Patrick M. Paulich, WSBA #10951
THORSRUD CANE & PAULICH
1325 Fourth Avenue, Suite 1300
Seattle, WA 98101
206.386.7755
FAX: 206.386.7795
email: ppaulich@tcplaw.com
Attorney for Defendant Royal Indemnity Company

STIPULATION AND ORDER OF DISMISSAL - 3
[Cause No. 06-5042]
G:\Docs\1\1869\Pld\Stipulation and Order of Dismissal.doc

THORSRUD CANE & PAULICH
A PROFESSIONAL SERVICE CORPORATION
1300 PUGET SOUND PLAZA
1325 FOURTH AVENUE
SEATTLE, WA 98101
(206) 386-7755